USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MARIO POWELL,

                    Defendant.

18 Cr. 287 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for December 11, 2019, at 12:00 p.m. is RESCHEDULED to **December 11, 2019**, at **3:30 p.m.**

    SO ORDERED.

Dated: December 5, 2019
       New York, New York

ANALISA TORRES
United States District Judge