UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MARIO POWELL,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2019

18 Cr. 287 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for December 11, 2019, is ADJOURNED to **December 19, 2019**, at **2:15 p.m.**

SO ORDERED.

Dated: December 9, 2019
       New York, New York

ANALISA TORRES
United States District Judge