USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_1/15/2020\_\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MARIO POWELL,

                        Defendant.

18 Cr. 287 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is hereby ORDERED that the parties shall appear for a status conference on **January 23, 2020**, at **3:00 p.m.**

    SO ORDERED.

Dated: January 15, 2020
       New York, New York

                                              ANALISA TORRES
                                     United States District Judge