USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/6/2020___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

       -against-

MARIO POWELL,

                      Defendant.

18 Cr. 287 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Defendant having filed a request for bail review, it is hereby ORDERED that, by **April 7, 2020**, the Government shall file a response, and a statement as to whether the parties consent to a determination of the application on the papers.

      SO ORDERED.

Dated: April 5, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge