USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/27/2020_

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 26, 2020

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
New York, New York 10007

Re:   *United States v. Mario Powell*, 18 CR 287 (AT)

Dear Judge Torres:

The Government writes on behalf of the defendant to request an extension of the pre-trial submission schedule to which the Government consents. In particular, in order to discuss further the pre-trial submissions with his counsel, the defendant requests a two-week extension of the schedule, with the date by which joint proposed *voir dire* questions, requests to charge, and verdict forms and any motions *in limine* are due extended from June 1, 2020 to June 15, 2020 and the date by which any oppositions to any motions *in limine* are due extended from June 8, 2020 to June 22, 2020. This is the first request from either of the parties for an extension of the pre-trial submission schedule in advance of the trial scheduled to commence on August 10, 2020.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/ Thomas John Wright
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

GRANTED. The deadline by which to file joint proposed *voir dire* questions, requests to charge, verdict forms, and any motions *in limine* is extended to **June 15, 2020**. By **June 22, 2020**, oppositions to any motions *in limine* shall be filed.

SO ORDERED.

Dated: May 27, 2020
       New York, New York

ANALISA TORRES
United States District Judge