USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MARIO POWELL,

                             Defendant.

18 Cr. 287 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The ongoing COVID-19 pandemic has necessitated substantial changes in the Court's trial schedule in order to ensure that jury trials can be conducted safely and practically. Accordingly, the trial scheduled to commence on August 10, 2020, is ADJOURNED to **April 12, 2021**.

    It is further ORDERED that:

1. The parties shall file any motions *in limine* by **March 12, 2021**. The parties shall file any opposition to any motions *in limine* by **March 19, 2021**.

2. The parties shall submit joint proposed *voir dire* questions, requests to charge, and verdict forms by **March 12, 2021**. For any proposed *voir dire* question, request to charge, or section of the verdict form on which the parties cannot agree, each party shall clearly set forth its proposal and briefly state why the Court should use that question, charge, or verdict form section, with citations to supporting authority. The parties shall include with their proposed *voir dire* questions a brief description of the case and a list of names and places likely to be mentioned at trial, both to be read to prospective jurors during jury selection. At the time of filing, the parties shall submit two courtesy copies of the proposed *voir dire* questions, requests to charge, and verdict forms to the Court. In addition, the parties shall e-mail these materials, as Microsoft Word documents, to Torres_NYSDChambers@nysd.uscourts.gov.

3. At the start of trial, the Government shall provide the Court with three hard copies of its exhibit list, and two sets of pre-marked documentary exhibits and Section 3500 material assembled sequentially in a loose leaf binder, or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference.

4. The final pretrial conference scheduled for August 5, 2020 is ADJOURNED to **April 7, 2021**, **3:30 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

5. Trial shall commence at **9:00 a.m.** on **April 12, 2021**. Trial will be conducted from 9:00 a.m. to 2:15 p.m. with a break from 11:15 to 11:45 a.m. During the jury selection and jury deliberation phases, court will be in session from 9:00 a.m. to 5:00 p.m. with a break from 1:00 to 2:00 p.m.

6. It is further ORDERED that the time until April 12, 2021 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow time for the parties to prepare for a jury trial, and for the Court to safely conduct such a trial, in light of the risks posed by the COVID-19 pandemic.

The Clerk of Court is directed to terminate the motion at ECF No. 78.

SO ORDERED.

Dated: June 15, 2020
    New York, New York

_____
ANALISA TORRES
United States District Judge