UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MARIO POWELL,

Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/2022
```

18 Cr. 287 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On August 31, 2022, the Court directed the parties to file their motions *in limine* and joint proposed voir dire questions, requests to charge, and verdict forms by September 21, 2022. ECF No. 92. These submissions are now overdue. Accordingly, by **September 26, 2022**, the parties shall file their motions *in limine* and joint proposed voir dire questions, requests to charge, and verdict forms.

SO ORDERED.

Dated: September 22, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge