UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

FRANKLIN RAY and JOSEPH WINGET,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/22/2022_

22 Cr. 228 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for September 26, 2022, is ADJOURNED to **November 15, 2022**, at **1:30 p.m.** Time until **November 15, 2022**, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the Court finds that the interests served by such an exclusion outweigh the interests of Defendants and the public in a speedy trial, because this exclusion will allow for the parties to engage in pretrial negotiations.

    SO ORDERED.

Dated: September 22, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge