USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/2022

# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York,
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

STUART GOLD
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

November 3, 2022

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Mario Powell*, **18 Cr. 287 (AT)**

Dear Judge Torres:

    I write with the consent of the Government to respectfully request that the trial date of January 23, 2023, be adjourned to March 20, 2023. The undersigned was scheduled to commence a lengthy trial in the matter of *United States v. Hassan*, 18 Cr. 603 (ARR) before the Honorable Allyne R. Ross in the Eastern District of New York on October 31, 2022. Due to circumstances entirely out of my control, the matter was adjourned to February 6, 2023, which would result in having to conduct back-to-back trials. The discovery and 3500 material in the Hassan matter is quite voluminous and the preparation for the trial will be extremely time consuming.

[redacted]

    Should the Court grant the request to adjourn the trial, we respectfully submit the briefing deadlines and final pretrial conference be adjourned to the dates below:

GRANTED in part, DENIED in part.  The trial scheduled for January 23, 2023, is ADJOURNED to **April 10, 2023**.  The final pretrial conference scheduled for January 18, 2023 is ADJOURNED to **March 29, 2023**, at **1:40 p.m.**  By **February 22, 2023**, the parties shall submit their motions *in limine*, proposed voir dire questions, requests to charge, and verdict forms.  By **March 1, 2023**, the parties shall submit their oppositions to any motions *in limine*.  The time from January 23, 2023 to April 10, 2023 is excluded from the Speedy Trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial in that this will allow time for the parties to file motions and prepare for trial.

SO ORDERED.

Dated: November 8, 2022
       New York, New York

*[signature]*
ANALISA TORRES
United States District Judge

1