

U.S. Department

United States At
Southern Distri

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___2/17/2023___

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 16, 2023

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Mario Powell*, 18 CR 287 (AT)

Dear Judge Torres:

    The Government writes on behalf of the parties to request on a joint basis an extension of two weeks of the existing schedule for motions *in limine*. At present, any motions *in limine* are due on February 22, 2023 with any responses thereto on March 1, 2023. The final pretrial conference and trial are scheduled for March 29, 2023 at 1:40 PM and April 10, 2023 at 9:00 AM, respectively. The requested extension would therefore result in the submission of any motions *in limine* on March 8, 2023 with any responses thereto on March 15, 2023. In addition to requesting the brief extension due to recently completed and ongoing trials in which counsel for the parties have been and are engaged, the parties seek the extension in light of pending discussions over a pretrial disposition, which the parties agree may prove productive and will be able to conclude within this additional time afforded by the sought extension.

                                                             Respectfully submitted,

                                                              DAMIAN WILLIAMS
                                                              United States Attorney

                           By: *Thomas John Wright*
                                         Thomas John Wright
                                         Assistant United States Attorney
                                         (212) 637-2295

cc:    James Kousouros, Esq. (Counsel to Defendant Mario Powell) (by ECF)

GRANTED.

SO ORDERED.

Dated: February 17, 2023
       New York, New York

                                       ANALISA TORRES
                                       United States District Judge