## JAMES KOUSOUROS
ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

STUART GOLD
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

April 28, 2023

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Mario Powell*, S1 18 Cr. 287 (PAE)

Dear Judge Engelmayer:

    This letter is respectfully submitted to request that the Court issue the attached order authorizing the undersigned James Kousouros, co-counsel Jacob Barclay Mitchell, and legal assistant Emma Jayne Cole to bring the specified electronic devices into the Courthouse for use in the final pretrial conference scheduled for May 4, 2023 and for the duration of the trial scheduled to commence on May 15, 2023 in reference to the above-captioned matter.

    Thank you for your consideration.

Respectfully submitted,

/s/ James Kousouros

James Kousouros, Esq.

c.c.   All Counsel of Record (By ECF)

GRANTED. The Clerk of Court is requested to terminate the motion at Dkt. No. 125.

4/28/2023

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge