UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------ X

UNITED STATES OF AMERICA         :
                                 :
          - v -                  :             **Order**
                                 :
MARIO POWELL,                    :             18-CR-287 (PAE)
                                 :
          DEFENDANT.             :
                                 :
------------------------------ X

    Upon the application of James Kousouros, Esq., counsel for Mario Powell in reference to the above-captioned matter, IT IS HEREBY ORDERED that the Defendant, Mario Powell shall appear at all trial proceedings in civilian clothing. The United States Marshal Service shall admit through Mr. Kousouros or his representative:

    (1) Dress Suit (Jacket and Pants)
    (5) Dress shirts
    (1) Tie
    (1) Belt
    (5) Pairs of Socks
    (1) Pair of Dress Shoes

    Mr. Kousouros or his representative shall be allowed to pick up soiled clothing and substitute clean clothing. The United States Marshal Service is DIRECTED to comply with this ORDER.

Dated:    April 28, 2023

           New York, New York

                                            _____
                                            THE HONORABLE PAUL A. ENGELMAYER
                                            UNITED STATES DISTRICT JUDGE
                                            SOUTHERN DISTRICT OF NEW YORK

    The Clerk of Court is requested to terminate the motion at Dkt. No. 124.