UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                     :

UNITED STATES OF AMERICA,            :
                                     :
            -v-                              :                18-CR-287 (PAE)
                                     :

MARIO POWELL,                           :                      ORDER
                                     :
                Defendant.            :
                                     :
------------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

         Attached to this Order are notes sent by the jury during its deliberations.


         SO ORDERED.

Dated: May 19, 2023
         New York, New York

PAUL A. ENGELMAYER
United States District Judge

JURY NOTE 1

Could we have

a couple of dry erase

markers, please?

FOREPERSON: Matthew Coppola

5/18/23
1:55PM

JURY NOTE 2

Can we please see a
transcript of Jeffy's testimony
and Brache's testimony?

3:30 PM          Matthew Coppot (Foreperson)
5/18/23

The Jury has arrived at
a verdict.

Matthew Coppola
Foreperson

4:54 PM

5/18/23

JURY NOTE 3

JURY NOTE 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                              :

UNITED STATES OF AMERICA          :

              -v-               :         18 Cr. 287 (PAE)

MARIO POWELL,              :         <u>VERDICT FORM</u>

            Defendant.     :

                              :
---------------------------------------------------------------------X

## PLEASE CHECK (√) YOUR ANSWERS AND FILL IN THE BLANKS

### *All Answers Must Be Unanimous*

**Count One – Robbery**

1. How do you find the defendant as to Count One?

      Guilty____✓____        Not Guilty_____

*[If you find the defendant guilty of Count One, please turn to Count Two. If you find
the defendant not guilty of Count One, please skip over Count Two and move on to
the final instruction.]*

**Count Two – Firearm Possession in Furtherance of a Crime of Violence**

2. How do you find the defendant as to Count Two?

      Guilty____✓____        Not Guilty_____

   a. If you find the defendant guilty of Count Two, was the firearm brandished?

      Proven____✓____        Not Proven_____

   b. If you find the defendant guilty of Count Two, was the firearm discharged?

      Proven____✓____        Not Proven_____

**Final Instruction: Please sign your names in the space provided below, fill in the date, and
inform the officer that you have reached a verdict.**

After completing the form, each juror must sign below, reflecting his or her agreement with the forgoing verdict.

_____
Foreperson

Dated: _____5/18/2023  5:00 PM_____