UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-                                                                    18-CR-287 (PAE)

MARIO POWELL,                                                 ORDER

                      Defendant.
------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

    Attached to this Order are the following Court Exhibits:

- Exhibit 1: The questionnaire distributed to prospective jurors on May 17, 2023.
- Exhibit 2: The draft jury charge used during the charge conference.
- Exhibit 3: The draft verdict form used during the charge conference.
- Exhibit 4: The Government's PowerPoint presentation used during its closing argument.
- Exhibit 5: The jury charge dated May 18, 2023
- Exhibit 6: The verdict form.
- Exhibit 7: The witness list.
- Exhibit 8: The exhibit list.
- Exhibit 9: The trial indictment.
- Exhibit 10: The testimony of witness Cisnero as requested by and supplied to the jury.
- Exhibit 11: The testimony of witness Brache as requested by and supplied to the jury.

SO ORDERED.

Dated: May 19, 2023
New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge