UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
            :
UNITED STATES OF AMERICA            :
            :
      -v-            :            18-CR-287 (PAE)
            :
MARIO POWELL,            :            <u>SCHEDULING ORDER</u>
            :
       Defendant(s).            :
            :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

It is hereby ORDERED that sentencing in this matter is scheduled for **October 3, 2023** at **11:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

The parties should consult the Court's Individual Rules and Practices for Criminal Cases (available at http://nysd.uscourts.gov/judge/Engelmayer) for sentencing-related procedures and practices. Consistent with the Court's Rules, the defendant's sentencing submission shall be served two weeks in advance of the date set for sentencing. The Government's sentencing submission shall be served one week in advance of the date set for sentencing. The parties should provide the Court with one courtesy hard copy of each submission when it is served. If a party does not intend to file a substantive sentencing submission, the party should file a letter to that effect.

SO ORDERED.

                                                    *Paul A. Engelmayer*
Dated: May 30, 2023                              PAUL A. ENGELMAYER
      New York, New York                    United States District Judge