**JAMES KOUSOUROS**
ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EVAN L. LIPTON
COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

September 25, 2023

**By ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Mario Powell*, S1 18 Cr. 287 (PAE)

Dear Judge Engelmayer:

    This letter is respectfully submitted to request that the Court adjourn the sentencing hearing in reference to the above-captioned matter scheduled for October 3, 2023, for 45-days or to a date thereafter convenient for the Court.

    The undersigned is currently on trial before the Honorable Carol Bagley Amon in the Eastern District of New York in the matter of *United States v. Yu et al.,* 22 Cr. 208 (CBA). We were informed earlier today, that three jurors contracted Covid, and the trial has been adjourned to October 2, 2023, and is now expected to last until at least mid-October. The requested adjournment will also permit the undersigned to meet with Mr. Powell who is detained in New Jersey and prepare a sentencing memorandum on his behalf.

    Assistant United States Attorney Thomas Wright has no objection to the instant request.

    Thank you for your consideration.

Respectfully submitted,

*/s/ James Kousouros*

James Kousouros, Esq.

**GRANTED.** Sentencing is adjourned to November 20, 2023 at 2:15 p.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 156.

9/26/2023

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge