

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 28, 2024

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Mario Powell*, S1 18 CR 287 (AT)

Dear Judge Engelmayer:

    The Government writes with the consent of the defendant to request respectfully an extension of the current date for its sentencing submission from March 29, 2024 to April 5, 2024. The sentencing for the defendant is scheduled for May 13, 2024 at 11:00 AM, and this request for a one-week extension, which is sought principally to accommodate the unanticipated and ongoing travel of the Government, is the first such request for an extension.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

By: *Thomas John Wright*
       Emily A. Johnson
       Chelsea S. Scism
       Thomas John Wright
       Assistant United States Attorneys
       (212) 637-2409/2105/2295

cc:    James Kousouros, Esq. and Evan Lipton, Esq. (Counsel to Defendant Mario Powell) (by ECF)

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 162.

3/29/2024

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge