UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>MARIO POWELL,<br><br>Defendant. | 18-CR-287 (PAE)<br><br>ORDER ON MOTION |

PAUL A. ENGELMAYER, District Judge:

Counsel have jointly requested that sentencing, presently scheduled for Monday, May 13, 2024, be adjourned, in light of defense counsel's ongoing trial. The Court grants that motion and adjourns sentencing *sine die*. Counsel are to notify the Court as soon as possible whether sentencing can be held on Friday, May 17, 2024. The Court understands that that will turn on whether the court in which defense counsel's ongoing trial is sitting that day. The Clerk of Court is requested to terminate the motion at Dkt. No. 165.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 10, 2024
       New York, New York